JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PASTIME LAKES DAIRY, L.P.,<br><br>    Defendant. | Case No. EDCV 14-01627-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Plaintiffs Dairy Employees Union Local No. 17 Christian Labor Association of the United States of America Pension Trust and the Board of Trustees of the Dairy Employees Union Local No. 17 Christian Labor Association of the United States of America Pension Trust ("Plaintiffs")

against Defendant Pastime Lakes Dairy, L.P. ("Defendant").  The Court orders that such judgment be entered.

    Pursuant to this Judgment, Defendant is ordered to pay Plaintiffs $179,831.32, calculated as a principal amount of $141,309.00, plus $3,434.34 in prejudgment interest, $28,261.80 in liquidated damages, $6,426.18 in liquidated damages, and $400.00 in costs.

Dated: April 30, 2015

                                    VIRGINIA A. PHILLIPS
                            United States District Judge